IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PHILADELPHIA INDEMNITY INSURANCE COMPANY                    PLAINTIFF

VS.                              4:14-CV-00677-SWW

TEAM GENERAL CONTRACTORS, LLC
JEREMY THOMPSON AND TAMMY THOMPSON                          DEFENDANTS

## DEFAULT JUDGMENT

Pursuant to the Order (docket entry # 10) entered on March 9, 2015, JUDGMENT is entered in favor of Plaintiff Philadelphia Indemnity Insurance Company against Defendants TEAM General Contractors, LLC, Jeremy Thompson, and Tammy Thompson, jointly and severally, in the amount of $1,615,976.00 .

Signed this 10th day of March, 2015.

JAMES W. McCORMACK, CLERK OF COURT

By:  /s/ Tammy Downs
       Deputy Clerk