IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | * * * | |
| Plaintiff, | * | |
| vs. | * | No. 4:14-cv-00677-SWW |
| | * * | |
| TEAM GENERAL CONTRACTORS, LLC, JEREMY THOMPSON, and TAMMY THOMPSON, | * * * * | |
| Defendants. | * | |

## ORDER

Pending is plaintiff/judgment creditor Philadelphia Indemnity Insurance Company's application [doc.#12] to the Clerk to issue a Writ of Garnishment (Writ) in the above-styled action to satisfy a judgment against defendants/judgment debtors TEAM General Contractors, LLC, Jeremy Thompson, and Tammy Thompson for the sum of $1,615,976. Provided the proposed Writ complies with the Clerk's standards, the Court directs the Clerk to issue the Writ.[1]

IT IS SO ORDERED this 29th day of May 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] The Court directs that document #12, filed as a motion, be termed.